IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TARA FORD as court appointed
Guardian ad Litem for
VANESSA S.,**

      **Plaintiff,**     Nos.  10-cv-01253JCH/ACT and
                                 11-cv-00033WDS/ACT (Consolidated)

v.

**ROSA HUNNICUTT, in her individual capacity,
KENNETH WALTER HUNNICUTT, in his individual capacity,
CHERYL DUNFEE in her individual capacity,
ANN HOLMES in her individual capacity,
SUSAN DRAKE in her individual capacity,
REBECCA HAWES in her individual capacity,
YOLANDA BRIONES in her individual capacity,
ELENA VELASCO in her individual capacity,
DEAN MCDOUGAL in his individual capacity,
CHILDREN, YOUTH & FAMILIES DEPARTMENT,
and WILLIAM DUNBAR in his official capacity
as Secretary of the New Mexico Children, Youth,
& Families Department,**

      **Defendants.**

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE [Doc. No. 256]

THIS MATTER having come before the Court on Plaintiff''s Motion to Dismiss with Prejudice (Doc. No. 256) and the Court having read the pleadings and being otherwise fully advised in the premises,

FINDS that good cause exists for granting the motion, and it is, therefore,

ODERED, ADJUDGED AND DECREED that the motion be and hereby is granted, and all of Plaintiffs' claims against Defendant New Mexico Children, Youth and Families Department be and hereby are dismissed with prejudice.

 

_____
Judith C. Herrera
United States District Court Judge

Submitted:

*Electronically submitted*
_____
Nancy L. Simmons
Attorney for Plaintiff


Approved:

*Electronically approved*
_____
Timothy Flynn-O'Brien
Attorney for Defendants